Case No:   12-03052

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | **Willie G Giles** | Case No. | **12-03052** |
| | | Chapter | **13** |
| Property Address: | **2218 West 81st Street, Chicago, IL 60620** | | |
| Last four digits of any number your use to Identify the debtor's account: | **#####2411** | | |
| Court Claim No. (if known) | **n/a** | | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc 3002

**Ocwen Loan Servicing, LLC as servicer for U.S. Bank N.A., as Trustee for New Century Home Equity Loan Trust, Series 2001-NC2 Asset Backed Pass-Through Certificates**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **03/13/2015** and filed as Docket No. **41**

### Pre-Petition Default Payments          Applicable option is checked.

- ■  Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

- ☐  Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: _____

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments          Applicable option is checked.

- ■  Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

- ☐  Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: _____

Attached is a Schedule of Amounts Outstanding Post-petition Claim.  It is an itemized account of the post-petition amounts that remain unpaid as of the Statement date of  4/3/2015 11:47:34 AM.  The amounts outstanding identified on Schedule 2 do not reflect amounts that became or may become due after the date of this Statement.

The amounts due identified on this response may not, due to timing, reflect all payments sent to the Bank as of the date of the Cure Statement.  In addition, the amounts due may include payments reflected on the NOFC but which have not yet been received and/or processed by the Bank.

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it.  Sign and print your name and your title, (if any), and state your address and telephone number if different from the notice address listed on the proof of claim.

Check the appropriate box.

☐ I am the creditor          ■ I am the creditor's authorized agent  (Attach copy of power of attorney, if any.)

✘  /s/ Joel P. Fonferko                                    Date       4/3/15
   Signature

Print:     Joel P. Fonferko                                Title      Attorney for Creditor
           First Name    Middle Name    Last Name

                                                                                          14-02-C660
Company    Codilis & Associates, P.C.

Address    15W030 North Frontage Road, Suite 100
           Number         Street

           Burr Ridge          IL    60527
           City                State  ZIP Code

Telephone number:  (630) 794-5300                          email:     ND-One@il.cslegal.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on April 3, 2015 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 3, 2015.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Willie G Giles, Debtor(s), 2218 W 81st St, Chicago, IL 60620
Neal Feld, Attorney for Debtor(s), 500 N. Michigan Avenue, Suite 600, Chicago, IL 60611 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF

                         /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-02-C660)**

NOTE: This law firm is deemed to be a debt collector.